NUMBER 13-04-140-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
_________________________________________________________
 
TEXAS DEPARTMENT OF PUBLIC SAFETY,                         Appellant,

v.

SERGIO BRIONES,                                                              Appellee.
_________________________________________________________

On appeal from the 139th District Court 
of Hidalgo County, Texas.
_________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Rodriguez, and Castillo
Opinion Per Curiam

         Appellant, TEXAS DEPARTMENT OF PUBLIC SAFETY, perfected an appeal from
a judgment entered by the 139th District Court of Hidalgo County, Texas, in cause
number C-1488-03-C. After the notice of appeal was filed, appellant filed a motion
to dismiss the appeal. In the motion, appellant states that an order granting a new trial
was entered on March 29, 2004, disposing of all issues on appeal. Appellant requests
that this Court dismiss the appeal.
         The Court, having considered the documents on file and appellant’s motion to
dismiss the appeal, is of the opinion that the motion should be granted. Appellant’s
motion to dismiss is granted, and the appeal is hereby DISMISSED.
                                                               PER CURIAM
Opinion delivered and filed this
the 20th day of May, 2004.